# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2839

_____

Robert Boudinot

*Plaintiff - Appellant*

v.

Polk County; State of Iowa

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: January 20, 2015
Filed: January 22, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Robert Boudinot appeals the district court's[1] dismissal of his pro se action seeking damages and a new trial in connection with his 1991 voluntary manslaughter

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.

conviction. The district court construed the action as one brought under 42 U.S.C. § 1983, and found that relief was barred by the applicable statute of limitations and that the State of Iowa was immune from suit under the Eleventh Amendment. Following de novo review, <u>see</u> <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we affirm, <u>see</u> 8th Cir. R. 47B.

_____